United States District Court
Southern District of Texas
**ENTERED**
October 23, 2015
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| LAURA HERNANDEZ, § § § Plaintiff, § § v. § Civil Action No.: 4:14-CV-01875 § GE CAPITAL RETAIL BANK § § Defendant. § | |

## DISMISSAL ORDER WITH PREJUDICE

The Court has reviewed Defendant Synchrony Bank f/k/a GE Capital Retail Bank's Motion to Dismiss with Prejudice for Want of Prosecution. After considering the motion, the pleadings on file and the arguments of counsel, if any, the Court is of the opinion that the motion is meritorious and should be GRANTED.

It is therefore ORDERED that all of Plaintiff's claims and causes of action against Synchrony Bank f/k/a GE Capital Retail Bank are hereby DISMISSED WITH PREJUDICE, with each party to bear its own fees and costs.

SIGNED at Houston, Texas this 23rd day of October, 2015.

Honorable Melinda Harmon
United States District Judge